IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEN STOWERS,

    Plaintiff,

v.

WELLS FARGO, et al.,

    Defendants.
                                    /

No. C 12-03871 CRB

**ORDER DISMISSING CASE WITH PREJUDICE**

On August 22, 2012, the Court dismissed Plaintiff Allen Stowers's case, but granted Plaintiff leave to file an amended complaint within thirty days. See Order (dkt. 8). The Court advised that failure to timely amend "may result in dismissal of Plaintiff's case with prejudice." Id. More than thirty days have passed and Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 25, 2012

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE