IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN STOWERS,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO, et al.,<br><br>    Defendants.             / | No. C 12-03871 CRB<br><br>**JUDGMENT** |

    Having dismissed Plaintiff's case with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: September 25, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3871\judgment.wpd