1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEN STOWERS,

        Plaintiff,

  v.

WELLS FARGO, et al.,

        Defendants.
_____/

No. C 12-03871 CRB

**JUDGMENT**

      Having dismissed Plaintiff's case with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

      **IT IS SO ORDERED.**

Dated:  September 25, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3871\judgment.wpd